Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHROME HEARTS LLC, a Delaware Limited Liability Company,

　　　　　　Plaintiff,

　　vs.

YONADA 26 CORP., INC., a California Corporation; and DOES 1-10, inclusive,

　　　　　　Defendants.

CASE NO. 2:16-cv-07774-VAP-E

[~~PROPOSED~~] **ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**WHEREAS**, **Plaintiff Chrome Hearts LLC** having filed a Complaint in this action charging **Defendant Yonada 26 Corp., Inc.** with Trademark Infringement, False Designations of Origin, Copyright Infringement, and Unfair Competition under federal, state, and common law arising from Defendant's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of products bearing counterfeit reproductions of Plaintiff's federally registered trademarks and copyrighted works ("Accused Products" – shown below);

 

**WHEREAS** Chrome Hearts is the owner of federal trademark registrations for the "CH Marks" shown below:

| Mark | U.S. Registration No(s). | Goods/Services |
|---|---|---|
| **"CH Plus"** | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |
| | 3,365,408 | Retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen and toys. |
| **"CH Cross"** | 3,605,860 | Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |

**WHEREAS** Chrome Hearts also owns copyright registrations to works entitled "Cross # 4" (VA 705-233) and "CH Cross" (VA 705-193) (hereinafter collectively "CH Copyrighted Works").

**WHEREAS**, the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment; and

**WHEREAS** Defendant has stipulated to the below terms of a permanent injunction, **IT IS HEREBY ORDERED**:

1. Defendant and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from:

   (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products;

   (b) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph 1(a) above.

**WHEREAS**, pursuant to the parties' stipulation, IT IS FURTHER ORDERED that:

2. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

4. Plaintiff hereby dismisses with prejudice its claims against Defendant with prejudice, however, such dismissal shall not have preclusive effect on those who are not a party to this Stipulation or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

5. The execution of this Stipulation shall serve to bind and obligate the parties hereto.

[CONTINUED ON NEXT PAGE]

1  6. The jurisdiction of this Court is retained for the purpose of making any
2 further orders necessary or proper for the construction or modification of this Consent
3 Judgment, the enforcement thereof and the punishment of any violations thereof.
4 Except as otherwise provided herein, this action is fully resolved with prejudice.

6 **IT IS SO ORDERED.**

7 DATED: December 08, 2016

8                                         Hon. Virginia A. Phillips
9                                         **Chief United States District Judge**